# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1387

_____

ROYAL AMERICAN REAL ESTATE,
INC.,

    Appellant,

    v.

BOARDWALK BEACH RESORT
COMMUNITY ASSOCIATION, INC.,

    Appellee.

_____

On appeal from the Circuit Court for Bay County.
Elijah Smiley, Judge.

December 12, 2018

PER CURIAM.

    AFFIRMED.

LEWIS, RAY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Clifford W. Sanborn of Barron & Redding, P.A., Panama City, for Appellant.

David H. Milam of Dunlap & Shipman, P.A., Santa Rosa Beach, for Appellee.